# CERTIFIED COPY OF RESOLUTION
# OF THE SOLE SHAREHOLDER OF GENTLE TOUCH DENTAL, INC.

This is to certify that at a meeting of the Sole Shareholder of Gentle Touch Dental, Inc., a Georgia Corporation (the "**Company**"), held on the 30th day of May 2025, the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature.  **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that Dexter Inniss (the "**Sole Shareholder**" and "**CEO**") is the Sole Shareholder and CEO of the Company. The Company, through its CEO, hereby authorizes the CEO to prepare, file, and execute the Petition for Relief provided for in Title 11 of the United States Code under Chapter 7 for the Company, a Georgia Corporation, and all the necessary papers in connection therewith, in the United States Bankruptcy Court for the Northern District of Georgia.

**RESOLVED FURTHER**, that the CEO of the Company be and hereby is authorized to do any other acts, execute all necessary documents, and take any other steps in the name and on behalf of the Company necessary or appropriate to obtaining such relief.

**RESOLVED FURTHER**, that the CEO of the Company be and hereby is authorized to retain Rountree Leitman Klein & Geer, LLC as counsel for the Company in said proceeding.

Said resolution is still of full force and effect.

Dated this 30th day of May 2025.

Gentle Touch Dental, Inc.

/s/ *Dexter Inniss*
By: Dexter Inniss
Its: Sole Shareholder and CEO